

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Sharon Marie Taff,                    * From the 266th District Court
                                                 of Erath County,
                                                 Trial Court No. CR15676.

No. 11-24-00024-CR                             * March 27, 2025

                                               * Opinion by Trotter, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.